ACCEPTED
03-14-00738-CV
5721197
THIRD COURT OF APPEALS
AUSTIN, TEXAS
6/17/2015 5:18:53 PM
JEFFREY D. KYLE
CLERK



DALLAS | HOUSTON | AUSTIN

500 N. Akard Street
Suite 3800
Dallas, Texas 75201-6659
Main 214.855.7500
Fax 214.855.7584
munsch.com

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

6/17/2015 5:18:53 PM

JEFFREY D. KYLE
Clerk

June 17, 2015

**_Via e-file_**
Velva L. Price
Travis County District Clerk
P.O. Box 679003
Austin, TX 78767-9003

> Re:  Request to supplement Clerk's Record in _RLJ II-C Austin Air, LP; RLJ II-C Austin Air Lessee, LP; RLJ Lodging Fund II Acquisitions, LLC v. Elness, Swenson, Graham Architects, Inc., et. al._ Cause No. D-1-GN-10-002325 in the 200th District Court of Travis County, Texas, currently on appeal in _Elness, Swenson, Graham Architects, Inc. v. RLJ II-C Austin Air, LP; RLJ II-C Austin Air Lessee, LP; RLJ Lodging Fund II Acquisitions, LLC_, No. 03-14-00738-CV in the Court of Appeals for the Third District of Texas at Austin.

Dear Ms. Price:

Plaintiffs, RLJ II-C Austin Air, LP, RLJ II-C Austin Air Lessee, LP and RJL Lodging Fund II Acquisitions, LLC (collectively, "Plaintiffs"), are parties to the appeal in the above case. to the Court of Appeals for the Third District of Texas at Austin. The appeal is _Elness, Swenson, Graham Architects, Inc. v. RLJ II-C Austin Air, LP; RLJ II-C Austin Air Lessee, LP; RLJ Lodging Fund II Acquisitions, LLC_, No. 03-14-00738-CV in the Court of Appeals for the Third District of Texas at Austin. This is written to request the preparation of a supplemental clerk's record in this appeal containing the following documents from the district clerk's records in the above-referenced case.

The requested documents include:

1.  Defendants and Counter-Claimants Elness, Swenson, Graham Architects, Inc., and Mark G. Swenson's Traditional and No Evidence Motion for Summary Judgment, filed on July 3, 2013, including all exhibits thereto;

2.  Plaintiffs' Response to Defendants Elness, Swenson, Graham Architects, Inc. and Mark G. Swenson's Traditional and No Evidence Motion for Summary Judgment, filed on October 9, 2013, including all exhibits thereto; and

3.  Exhibits 2 through 6 to Exhibit B to Plaintiffs' Amended Motion for Attorney's Fees and Costs, filed July 3, 2014; and

4.  a copy of this letter.

Please note that the main body of Plaintiffs' Amended Motion for Attorney's Fees and Costs, Exhibit A thereto, Exhibit B thereto, and Exhibit 1 to Exhibit B thereto, have already been included in the Third Supplemental Clerk's Record prepared in the above-referenced case and filed with the court of appeals in the above-referenced appeal. Plaintiffs requested that the Plaintiffs' Amended Motion for Attorney's Fees and Costs, filed July 3, 2014, be included in the Clerk's Record as item 22 in its letter amending and supplementing its designation of the items to be included in the record. However, it appears that the documents requested in item 3 of this letter were omitted when the Third Supplemental Clerk's Record was prepared. Item 3 is included in this request so that the *complete* Plaintiffs' Amended Motion for Attorney's Fees and Costs with all exhibits thereto will be before the court of appeals.

Plaintiffs stand ready to pay you in advance for the preparation of the supplemental Clerk's Record upon your advice of the amount, or to make whatever deposit your office requires for the preparation of the supplemental Clerk's Record.

If you have any questions or concerns or if I may be of any assistance to you in the preparation of the supplemental Clerk's Record, please do not hesitate to let me know.

Thanking you for your attention to this matter.

Very truly yours,

/s/ Michael W. Huddleston

Michael W. Huddleston

cc:  *Via e-file*
     Gregory N. Ziegler
     Weston M. Davis
     MacDonald Devin, P.C.
     gziegler@macdonalddevin.com
     wdavis@macdonalddevin.com

     *Via email*
     Elizabeth Medina
     elizabeth.medina@traviscountytx.gov

     *Via U.S. Mail*
     Mr. Albert Alvarez, Court Reporter
     345th Civil District Court
     P.O. Box 1748
     Austin, Texas 78767

     *Via e-file*
     Third Court of Appeals